IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Plaintiff, | ) | 8:22CR213 |
| | ) | |
| vs. | ) | |
| | ) | |
| **JOHNNY P. JONES,** | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |

This matter is before the court on defendant, Johnny P. Jones' Unopposed Motion to Continue Trial [50]. Counsel requests additional time to continue plea negotiations. By the court's count, this is the defendant's ninth motion to continue trial. Counsel for the parties have assured the court that they are close to reaching an agreement. Under the circumstances, the court finds good cause shown for one more continuance. Accordingly,

**IT IS ORDERED** that the Unopposed Motion to Continue Trial [50] is granted, as follows:

1. The jury trial now set for March 25, 2024, is continued to **May 28, 2024.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and March 28, 2024** shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

3. **No further continuances will be granted absent extraordinary circumstances and without requesting a hearing before the undersigned magistrate judge.**

DATED: March 13, 2024.

BY THE COURT:

s/ Michael D. Nelson
**United States Magistrate Judge**